■ HOWARD WILSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 50948.) — Appeal

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.